# *UNITED STATES DISTRICT COURT*
## SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

-----------------------------------------------------x

WOMEN'S CHOICE
PHARMACEUTICALS, LLC, AND
EDWARDS PHARMACEUTICALS, INC.

SUMMONS IN A CIVIL ACTION

Plaintiffs,

Civil Action No.  **16-cv-62074-BLOOM/VALLE**

v.

ROOK PHARMACEUTICALS, INC.

Defendant.

-----------------------------------------------------x

YOU ARE HEREBY COMMANDED to serve this Summons, a copy of the Civil Cover Sheet and Complaint in this action on Defendant, by serving:

**Rook Pharmaceuticals, Inc.**
Registered Agent: Daniel Diaz De La Rocha, CPA
290 NW 165 Street, M100
Miami, Florida 33169

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Jennifer Olmedo-Rodriguez, Esq.**
Buchanan h1gersoll & Rooney, PC
100 S. E. Second Street, Suite 3500
Miami, FL 33131
305-347-4080

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: _____**8/30/2016**_____, 2016



**SUMMONS**

Steven M. Larimore
Clerk of Court

*s/ Patrick Edwards*
Deputy Clerk
U.S. District Courts